# UNITED STATES DISTRICT COURT
## District of Minnesota

Paula Andrea Gutierrez Villar,

Petitioner(s),

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons,
David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00410-JMB-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota, and in any event no later than 4:00 p.m. CST on January 20, 2026.
2. On or before 11:00 a.m. CT on January 21, 2026, Respondents shall provide the Court with a status update affirming that Petitioner was released from custody in accordance with this Order.
3. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/21/2026

KATE M. FOGARTY, CLERK